[No. 12964–3–I.   Division One.   March 12, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT J. KAMINSKE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82–1–01574–8, Lee Kraft, J., entered February 28, 1983. *Affirmed* by unpublished opinion per Durham, C.J., concurred in by Andersen and Ringold, JJ.